# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **ROSEMARIE D. THOMAS** | **CIVIL ACTION NO. 17-1119** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CLECO, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 15], no objections thereto having been filed, and finding that the Report and Recommendation is supported by the law and the record,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Cleco Power, LLC's Motion to Dismiss is DENIED.

MONROE, LOUISIANA this 23rd day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE