# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **ROSEMARIE THOMAS** | **CIVIL ACTION NO. 5:17-CV-1119** |
| **VERSIS** | **JUDGE TERRY A. DOUGHTY** |
| **CLECO, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

For the Reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 36], to the extent adopted by this Court, after a *de novo* review of the entire record, and for those additional reasons set forth in this Court's Ruling,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Dismiss [Doc. No. 24] filed by Defendant Trent McKinley is GRANTED in its entirety, and Plaintiff's claims against him are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that should Plaintiff wish to amend her Complaint to state a claim against McKinley, she has 30 days from the date of this Judgment to file an amended complaint.

Monroe, Louisiana, this 9th day of May, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE