UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ROSEMARIE D. THOMAS** | **CIVIL ACTION NO. 17-cv-1119** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CLECO, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## RULING

Pending before the Court is the Motion to Dismiss Plaintiff's Amended Complaint [Doc. No. 43] filed by Defendants Trent McKinley and Cleco Power LLC. On July 25, 2018, Magistrate Judge Hornsby issued a Report and Recommendations [Doc. No. 47], recommending that Plaintiff's claims against Defendant Trent McKinley for intentional infliction of emotional distress be dismissed. Plaintiff filed an Objection to the Report and Recommendation [Doc. No. 48]. The Court has reviewed the record, *de novo*, and adopts the Report and Recommendation of the Magistrate Judge.

The Report and Recommendation did not address the issue of whether the Motion to Dismiss should be granted as to Plaintiff's claims against Defendant Cleco Power LLC. For the same reasons assigned in the Report and Recommendation by the Magistrate Judge, the Court grants the Motion to Dismiss as to Plaintiff's claims against Defendant Cleco Power LLC for intentional infliction of emotional distress. Cleco Power LLC remains a defendant as to Plaintiff's claims under Title VII and Louisiana's Employment Discrimination Law.

Monroe, Louisiana, this 10th day of August, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**