UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **ROSEMARIE D. THOMAS** | **CIVIL ACTION NO. 17-cv-1119** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CLECO, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 47] previously filed herein, and having reviewed the record *de novo*, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law, and for those additional reasons set forth in this Court's Ruling;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Plaintiff's Amended Complaint filed by Cleco Power LLC and Trent McKinley **[**Doc. No. 43**]** is **GRANTED.** Because all claims against McKinley have been dismissed, he is terminated as a Defendant in this case. Cleco Power, LLC, remains a defendant as to Plaintiff's claims under Title VII and Louisiana's Employment Discrimination Law.

Monroe, Louisiana, this 10th day of August, 2018.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**